UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 18-23195-Civ-COOKE/REID

TERRANCE MCCRAY,

    Plaintiff,

vs.

CITY OF HOMESTEAD, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

    THIS MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. ECF No. 2. On August 5, 2020, Judge Reid issued a Report, ECF No. 99, recommending that Defendant's Motion to Dismiss, ECF No. 55, be **DENIED** and Defendant's Motion for Summary Judgment, ECF No. 59, be **GRANTED**. Plaintiff did not file objections to the Report and the time to do so has passed.

    I have considered Judge Reid's Report, reviewed the record, and examined the relevant legal authorities. I find Judge Reid's Report clear, cogent, and compelling.

    It is, therefore, **ORDERED and ADJUDGED** that Judge Reid's Report, ECF No. 99, is **AFFIRMED and ADOPTED**. Accordingly, Defendant's Motion to Dismiss, ECF No. 55, is **DENIED** and Defendant's Motion for Summary Judgment, ECF No. 59, is **GRANTED**. The Clerk will *administratively* **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 20th day of August 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lisette M. Reid, U.S. Magistrate Judge*
*Terrance McCray*, pro se
*Counsel of record*

2